IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| | : | |
| vs. | : | CRIMINAL NO. 5:08-CR-65(HL) |
| | : | |
| WESLEY LAMAR TUFF | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

     Currently before the Court is the Government's Motion for Continuance. Through this motion, the Government asserts that a continuance is necessary in this case to permit the government time to supersede the pending Indictment to add additional charges against Defendant from conduct that arose on or about June 15, 2010 in the Middle District of Georgia. Having considered the matter, this Court finds that the ends of justice served by granting a continuance do, in fact, outweigh the best interests of the public and the defendant to a speedy trial. Failure to grant the present motion would deprive the government a sufficient opportunity to investigate and present other charges against the Defendant.

     It is therefore **ORDERED** that the foregoing Motion for Continuance be **GRANTED** as to defendant and that the trial in this case be scheduled for the Macon Division trial term which is presently scheduled for September 12, 2010. It is further **ORDERED** that the delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of Title 18, United States Code, Section 3161(h)(1)(B) and (h)(7)(A) in computing the time from indictment to trial under the Speedy Trial Act.

     SO ORDERED this 23rd day of June, 2010.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/MICHAEL T. SOLIS
ASSISTANT UNITED STATES ATTORNEY
Georgia Bar No. 666480