IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

**UNITED STATES OF AMERICA,**

**v.**

**WESLEY LAMAR TUFF, JR.**

**CASE NO.: 5:08-CR-00065-HL-CWH-1**

## ORDER ON MOTION FOR CONTINUANCE

Defendant Wesley Lamar Tuff, Jr. has moved the Court to continue the pre-trial hearing of his case, presently scheduled for August 30, 2010. Defendant was arraigned on June 22, 2010, and is currently detained. Counsel for defendant states that additional time is needed to conduct a meaningful review of discovery, confer with the defendant, conduct pre-trial investigations and/or possible plea negotiations. The Court finds that it is in the interests of justice to allow Defendant a continuance so that Counsel for Defendant may confer with Defendant, and that these interests outweigh the interest of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation and could result in a miscarriage of justice. Accordingly, Defendant's Motion for Continuance is **GRANTED**, and it is hereby ordered that this case shall be continued until the Court's next trial calendar. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

It is SO ORDERED, this 27th day of August, 2010.

    s/ Hugh Lawson
HUGH LAWSON
UNITED STATES DISTRICT COURT